Argued and submitted September 2, review dismissed as improvidently allowed September 23, 1993

Kenneth A. MORROW,
*Petitioner on Review,*

*v.*

FIRST INTERSTATE BANK
OF OREGON, N.A.,
Richard Wilhelm, Darlene Kelly,
Velma Melson and Donna Buckles,
*Respondents on Review,*

*and*

CITY OF COOS BAY
and Lee Benson,
*Defendants.*

(CC 89 CV 1253; CA A68472; SC S40054)

858 P2d 448

Bill Sharp, of Morrow, Monks & Sharp, P.C., Eugene, argued the cause and filed the petition for petitioner on review.

Jeffrey M. Batchelor, of Lane Powell Spears Lubersky, Portland, argued the cause and filed a response for respondents on review.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.